IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT VANARTSDALEN, | § | |
| | § | No. 159, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| FARM FAMILIY CASUALTY, | § | C.A. N16C-02-003 |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:  October 18, 2017
Decided:  October 23, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

This 23rd day of October 2017, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its order dated March 13, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice

---

[1] *Vanartsdalen v. Farm. Fam. Cas. Ins. Co.*, 2017 WL 1040721 (Del. Super. Ct. March 13, 2017).